Missouri, *Jo M. Ferguson,* Attorney General, and *M. B. Holifield* and *David B. Sebree,* Assistant Attorneys General, for the State of Kentucky, *George F. McCanless,* Attorney General, and *Nat Tipton,* Advocate General, for the State of Tennessee, *Jack P. F. Gremillion,* Attorney General, for the State of Louisiana, *Joe T. Patterson,* Attorney General, and *Dugas Shands,* Assistant Attorney General, for the State of Mississippi, *Tom Gentry,* Attorney General, and *James L. Sloan,* Chief Assistant Attorney General, for the State of Arkansas, and *Dayton Countryman,* Attorney General, for the State of Iowa, intervening defendants.

No. 2, Original.  WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, Original.  MICHIGAN *v.* ILLINOIS ET AL.; and
No. 4, Original.  NEW YORK *v.* ILLINOIS ET AL.

WHEREAS an order temporarily modifying the decree in these cases has this day been made because of an existing emergency, and whereas other prompt action to relieve the emergency may be required during the modification period in furtherance of the order,

IT IS ORDERED that all such matters be referred to MR. JUSTICE BURTON, Circuit Justice for the Seventh Circuit, with power to act.

No. 2, Original.  WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, Original.  MICHIGAN *v.* ILLINOIS ET AL.; and
No. 4, Original.  NEW YORK *v.* ILLINOIS ET AL.

*Per Curiam:* The motion of the Metropolitan Sanitary District of Greater Chicago for clarification of the decree [281 U. S. 696] is hereby denied.

*Russell W. Root* and *Lawrence J. Fenlon* for movant. *John M. Dalton,* Attorney General, and *John W. Inglish,* Assistant Attorney General, for the State of Missouri, supported the motion. The States of Michigan, by *Thomas M. Kavanagh,* Attorney General, and *Edmund E. Shepherd,* Solicitor General; New York, by *Jacob K.*

*Javits,* Attorney General, and *James O. Moore, Jr.,* Solicitor General; and Wisconsin, by *Vernon W. Thomson,* Attorney General, and *Roy G. Tulane,* Assistant Attorney General, urged dismissal of the motion.

No. 404. WISCONSIN ELECTRIC POWER Co. *v.* CITY OF MILWAUKEE. *Per Curiam:* In this case probable jurisdiction is noted. The judgment of the Supreme Court of Wisconsin is vacated and the case is remanded to the Circuit Court for Milwaukee County\* for consideration in the light of *Walker* v. *City of Hutchinson,* 352 U. S. 112.

*Van B. Wake* and *John F. Zimmermann* for appellant. *Walter J. Mattison* and *Harry G. Slater* for appellee.

No. 496. POTTHARST *v.* RICHARDSON & BASS ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *William M. Campbell, Jr.* for appellant. *Kalford K. Miazza* and *Bentley G. Byrnes* for the Orleans Levee Board, appellee.

No. 382, Misc. JENSEN *v.* OREGON. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Edward C. Kelly* for appellant. *Seward Reese* for appellee.

No. 507. LANDES *v.* LANDES (SMITH). *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Eugene*

---

\*[This order amended, *post,* p. 958.]